**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2273

MICHAEL CRAIG CLARK; EVE ANNA CLARK,

Plaintiffs - Appellants,

versus

SNUG HARBOR PROPERTY OWNERS ASSOCIATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, District Judge. (CA-03-45-2)

Submitted: February 9, 2005          Decided: February 14, 2005

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Craig Clark, Eve Anna Clark, Appellants Pro Se. Thomas Palmer Nash, IV, TRIMPI, NASH & HARMAN, LLP, Elizabeth City, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Craig Clark and Eve Anna Clark appeal the district court's order denying relief on their civil action against the Snug Harbor Property Owners Association. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clark v. Snug Harbor Prop. Owners Ass'n, No. CA-03-45-2 (E.D.N.C. Sept. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED